JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ARMANDO HERNANDEZ,

    Petitioner,

v.

GIGI MATTESON, Warden,

    Respondent.

Case No. 2:21-cv-06971-JLS-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

Dated: <u>August 3, 2025</u>

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE